November 18, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARSHAUN ROBINSON, Appellant

NO. 14-14-00715-CV                    V.

TEXAS BOARD PARDONS AND PAROLES, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on August 14, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Marshaun Robinson.

We further order this decision certified below for observance.